[redacted]

DPM:lmc 05-280 9/9/05

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY | : | |
| | : | |
| VS. | : | C.A. No.: 05-359 S |
| | : | |
| GRAND BANKS YACHTS, LTD., | : | |
| R. BROOK STOUTENBURG and | : | |
| PATRICIA STOUTENBURG | : | |

## ANSWER OF DEFENDANTS, R. BROOK STOUTENBURG and PATRICIA STOUTENBURG, TO PLAINTIFF'S COMPLAINT

Now come defendants, R. Brook Stoutenburg and Patricia Stoutenburg, and respond as follows to the numbered paragraphs of plaintiff's complaint:

1. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

2. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

3. The allegations contained in this paragraph are admitted.

4. The allegations contained in this paragraph are admitted, defendant maintains residence in Jamestown.

5. The allegations contained in this paragraph are admitted.

6. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

7. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

8. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

9. The allegations contained in this paragraph are admitted.

10. The allegations contained in this paragraph are admitted.

11. The allegations contained in this paragraph are admitted.

12. The allegations contained in this paragraph are admitted.

13. The allegations contained in this paragraph are admitted.

14. The allegations contained in this paragraph are admitted.

15. The allegations contained in this paragraph are admitted.

16. The allegations contained in this paragraph are admitted.

17. The allegations contained in this paragraph are admitted.

18a-f. The allegations contained in these paragraphs are admitted.

19. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

20. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

21. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

22. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

23. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

24. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

25. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

26. Defendants, Brook and Patricia Stoutenburg, repeat and reallege the allegations contained in paragraphs 1 through 25 of plaintiff's complaint.

27. Defendants, Brook and Patricia Stoutenburg, are without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

**WHEREAS,** defendant, Brook and Patricia Stoutenburg, demand a judgment declaring the rights and other legal relations of the parties hereto with respect to the matters stated herein as well as such other and further relief as this court deems just and proper.

***Defendants, Brook and Patricia Stoutenburg, demand a trial by jury on all matters so triable and hereby designate Daniel P. McKiernan as their trial counsel.***

Defendants
R. Brook Stoutenburg and
Patricia Stoutenburg
By their Attorneys,

***McKiernan Thompson & Millea***

Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)

# PROOF OF SERVICE

I hereby certify that on this 9 day of September 2005, I served a copy of the within ***Answer*** upon **Michael R. Hagopian, Esquire**, 212 Greenwich Avenue, Warwick, RI 02886 by mailing a copy of same to him at his usual place of business as hereinabove set forth.

Kelly Zelano

***McKiernan Thompson & Millea***