[redacted]

DPM:lmc 05-280 9/9/05

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF RHODE ISLAND

AMERICAN HOME ASSURANCE COMPANY :
:
VS. : C.A. No.: 05-359 S
:
GRAND BANKS YACHTS, LTD., :
R. BROOK STOUTENBURG and :
PATRICIA STOUTENBURG :

## ENTRY OF APPEARANCE

Now comes the undersigned, Daniel P. McKiernan, Esquire (#4705), and hereby enters his appearance on behalf of defendants, R. Brook Stoutenburg and Patricia Stoutenburg.

Defendants,
R. Brook Stoutenburg and
Patricia Stoutenburg,
By their Attorneys,

***McKiernan Thompson & Millea***

[signature]

Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)

## PROOF OF SERVICE

I hereby certify that on this 9 day of September 2005, I served a copy of the within ***Entry*** upon **Michael R. Hagopian, Esquire**, 212 Greenwich Avenue, Warwick, RI 02886 by mailing a copy of same to him at his usual place of business as hereinabove set forth.

[signature]

***McKiernan Thompson & Millea***