UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 05-359

AMERICAN HOME ASSURANCE COMPANY,
Plaintiff,

v.

GRAND BANKS YACHTS, LTD.,
R. BROOK STOUTENBURGH,
PATRICIA STOUTENBURGH.
Defendants

# MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiff hereby moves that Andrew J. Fay, Esq., be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below on the following grounds:

1. The case involves the following complex area of law which Attorney Fay specializes: an action for declaratory relief and a determination of the rights and responsibilities of the parties pursuant to a contract of marine insurance.

2. Attorney Fay's long-standing representation of the Plaintiff in various matters.

3. The case involves complex legal questions under the law of a foreign jurisdiction with which Attorney Fay is familiar, specifically Massachusetts insurance law.

Plaintiff
By its attorney

Michael R. Hagopian #3448
212 Greenwich Avenue
Warwick, RI 02886
(401) 384-8080

Dated September 23, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) US Dist Ct for Dist of MA & US 1st Cir Ct of Appeals, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| [signature] | [signature] |
| Name: Andrew J. Fay | Local Associate Counsel: Michael R. Hagopian |
| | R.I. Bar ID #: 3448 |
| Firm Name: Tobin, Sullivan, Fay & Grunebaum | Firm Name: Hagopian Law Office |
| Business Address: 60 Williams Street, Wellesley, MA 02481 | Business Address: 212 Greenwich Avenue, Warwick, RI 02886 |
| Tel. #: 781-237-0877 Fax #: 781-237-1101 | Tel. #: 401-384-8080 Fax #: 401-384-8082 |

---

**Order:** This motion is hereby __________________.

____________________
U.S. District Judge
Date: __________________

pro hac vice motion (rev.3/05)

**ATTACHMENT TO ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. During the past 24 months, I have appeared pro hac vice in a matter pending in the Washington County Superior Court, State of Rhode Island, CA. No. WC-03-579 as allowed on 10/31/03