FILED
OCT 0 5 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 05-359

AMERICAN HOME ASSURANCE COMPANY,
Plaintiff,

v.

GRAND BANKS YACHTS, LTD.,
R. BROOK STOUTENBURGH,
PATRICIA STOUTENBURGH.
Defendants

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATIONS SET FORTH IN GENERAL ORDER 2002-01**

Plaintiff hereby moves this Court for an order, pursuant to General Order 2002-01, permitting it to exceed the page limitations set forth in said Order with respect to Plaintiff's memorandum and exhibits to be submitted in support of a motion to amend the complaint. In support of this motion, Plaintiff seeks to amend its complaint and intends to file a Motion for leave to amend the complaint. Plaintiff intends to annex the amended complaint to its memorandum. The memorandum and the exhibits will exceed the page limitation of General Order 2002-01.

For these reasons, Plaintiff respectfully requests permission to exceed the page limitations set forth in General Order 2002-01.

GRANTED
William E. Smith
U.S. District Judge
10/5/05

Respectfully submitted,
AMERICAN HOME ASSURANCE COMPANY,
By its attorney,

Michael R. Hagopian, Esq. #3448
212 Greenwich Avenue
Warwick, RI 02886
(401)384-8080

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was mailed by regular mail, postage prepaid to Daniel P. McKiernan, Esq, 243 North Main Street, Providence, RI 02903 on this 3d day of October, 2005.