ATTORNEYS AT LAW

MacAdams & Wieck
INCORPORATED

101 Dyer Street Suite 400
Providence, Rhode Island 02903
401 454-8700 Fax 401 454-8755

received
8/12/05 KE

Post-it® Fax Note 7671

| | |
|---|---|
| Date 8/22/05 | # of pages ▶ 1 |
| To ANDY FAY | From LORNA ROSQUITES |
| Co./Dept. TOBIN SULLIVAN FAY | Co. A1 MARINE |
| Phone # 781 237 0877 | Phone # 617 457 2757 |
| Fax # 781 237 1101 | Fax # 617 457 6802 |

August 10, 2005

Diana S. Shukis, Attorney
Cairncross & Hempelmann, P.S.
524 Second Ave., Ste. 500
Seattle, WA 98104-2323

Re: R. Brook Stoutenburgh and Patricia Stoutenburgh v. Grand Banks Yachts, Ltd. and East Coast Yacht Sales, Inc.
U.S. District Court – RI; C.A. No. 04-441 S
Tender of Claims on Behalf of East Coast Yacht Sales, Inc.

Dear Ms. Shukis:

As you know, we represent East Coast Yacht Sales, Inc. ("ECYS") in U.S. District Court of Rhode Island, Case No. CA 04 441 S, titled Stoutenburgh v. Grand Banks Yachts, Ltd and East Coast Yacht Sales, Inc.

This letter will serve as formal tender of the defense of claims on behalf of ECYS. We believe Grand Banks Yachts, Ltd. must defend ECYS in the lawsuit under Paragraph 5 of the Dealership Agreement between the parties.

We would be pleased to continue representing ECYS in this matter. Please contact me if you have any questions.

Sincerely,

RICHARD W. MacADAMS

RWM:vjb

Enclosure

cc: Mr. Jonathan Knowles

Robert D. Wieck
Richard W. MacAdams
Richard L. Gemma
Steven P. DeLuca

Duncan M. Russo
Maureen Souza
Andrew R. Bilodeau

Of Counsel
Dennis R. Gannon