FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 05-359S

AMERICAN HOME ASSURANCE COMPANY,
Plaintiff,

v.

RECEIVED

NOV 01 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

GRAND BANKS YACHTS, LTD.,
R. BROOK STOUTENBURGH,
PATRICIA STOUTENBURGH.
Defendants

**PLAINTIFF'S MOTION TO AMEND COMPLAINT FOR DECLARATORY RELIEF**

The Plaintiff American Home Assurance Company moves pursuant to F.R.C.P. 15(a) and/or F. R.C.P. 15(d) for leave to amend its Complaint for Declaratory Relief pursuant to the Federal Rules of Civil Procedure to assert claims against East Coast Yacht Sales, Inc. ("East Coast") as East Coast has recently tendered a request for insurance coverage involving the matters set forth in the Complaint for Declaratory Relief. A copy of the proposed Amended Complaint for Declaratory Relief is attached to Plaintiff's Memorandum in Support of Motion to Amend Complaint for Declaratory Relief as Exhibit A.

As set forth in the attached Memorandum in Support of Motion to Amend Complaint for Declaratory Relief, Plaintiff is merely seeking to amend the Complaint for Declaratory Relief as a result of events that have occurred since the date of the original Complaint, namely ECYS has served a tender of its defense in the Stoutenburgh Action upon Grand Banks which was then served upon American Home and, thereafter, its counsel. American Home is now seeking to

GRANTED, no objection filed.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
November 2, 2005

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 10/13/05