RECEIVED
NOV 14 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN HOME ASSURANCE COMPANY,
Plaintiff

v.

GRAND BANKS YACHTS, LTD., R. BROOK STOUTENBURGH, PATRICIA STOUTENBURGH,
Defendants

C.A. No. 05-0359/S

**STIPULATION**

Plaintiff and defendant Grand Banks Yachts, Ltd. stipulate and agree that Grand Banks may have up to and including November 25, 2005 to respond to the amended complaint. The parties agree that Grand Banks need not respond to the original filed complaint.

Michael R. Hagopian, Esq.
Attorney for Plaintiff
212 Greenwich Avenue
Warwick, Rhode Island 02886
(401) 384-8080
(401) 384-8082 [FAX]

Brooks R. Magratten, Esq., #3585
Catherine Syner, Esq., #6883
VETTER & WHITE
Attorneys for Defendant
Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: November 10, 2005