UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 05-359

AMERICAN HOME ASSURANCE COMPANY,
Plaintiff,

v.

GRAND BANKS YACHTS, LTD.,
R. BROOK STOUTENBURGH,
PATRICIA STOUTENBURGH.
Defendants

**NOTICE OF APPEARANCE**

Please note the appearance of Andrew J. Fay as counsel for the plaintiff in the above-captioned matter.

Respectfully submitted,
AMERICAN HOME ASSURANCE COMPANY,
By its attorney,

Andrew J. Fay, BBO# 550005
Tracy L. Davis, BBO# 641440
TOBIN, SULLIVAN, FAY & GRUNEBAUM
Wellesley Office Park
60 William Street
Wellesley, MA 02481
(781)237-0877

November 28, 2005

## CERTIFICATE OF SERVICE

I, Andrew J. Fay, certify that a copy of the foregoing document was served via first class mail, postage prepaid to counsel of record as follows:

Daniel P. McKiernan, Esq.
243 North Main Street
Providence, RI 02903

Andrew J. Fay

November 28, 2005