AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

APPEARANCE CA05-359S ~~CA 04-441~~

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

R. Brook Stoutenburgh

I certify that I am admitted to practice in this court.

12/13/05
Date

X Patricia Hessler
Signature

PATRICIA HESSLER 6866
Print Name Bar Number

Address

City State Zip Code

Phone Number Fax Number