UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 05-359/S

AMERICAN HOME ASSURANCE COMPANY,
Plaintiff,

v.

GRAND BANKS YACHTS, LTD.,
R. BROOK STOUTENBURGH,
PATRICIA STOUTENBURGH.
Defendants

**AMERICAN HOME ASSURANCE COMPANY'S**
**ANSWER TO THE COUNTERCLAIMS OF GRAND BANKS YACHTS, LTD.**

**FIRST COUNTERCLAIM – BREACH OF CONTRACT**

The Plaintiff, American Home Assurance Company ("American Home"), hereby answers the defendants' Counterclaims as follows:

14. The plaintiff admits the allegations of paragraph 14 of the Counterclaim.

15. The policy at issue speaks for itself and therefore, the allegations of paragraph 15 require no further response by American Home.

16. The plaintiff admits the allegations of paragraph 16 of the Counterclaim and, in answering further, states that the allegations of the Stoutenburghs' Complaint speak for themselves.

17. The plaintiff admits the allegations of paragraph 17 of the Counterclaim.

18. The plaintiff is without sufficient knowledge to admit or deny the allegations of paragraph 18 of the Complaint.

19. The plaintiff admits the allegations of paragraph 19 of the Counterclaim and, in

answering further, states that the allegations of plaintiff's Amended Complaint speaks for itself.

20. The plaintiff denies the allegations of paragraph 20 of the Counterclaim.

21. The plaintiff denies the allegations of paragraph 21 of the Counterclaim.

**SECOND COUNTERCLAIM – VIOLATION OF CHAPTER 93A**

22. The plaintiff repeats and re-avers the responses to Paragraphs 1 through 21 of the defendant's Counterclaim as if fully stated herein.

23. The plaintiff denies the allegations of paragraph 23 of the Counterclaim.

24. The plaintiff denies the allegations of paragraph 24 of the Counterclaim.

**THIRD COUNTERCLAIM – DECLARATORY JUDGMENT**

25. The plaintiff repeats and re-avers the responses to Paragraphs 1 through 24 of the defendant's Counterclaim as if fully stated herein.

26. The plaintiff admits the allegations of paragraph 26 of the Counterclaim.

**FIRST AFFIRMATIVE DEFENSE**

Defendant Grand Banks' Counterclaims fail to state a claim for which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant's Grand Banks' Counterclaims are barred by the doctrines of waiver and estoppel.

**THIRD AFFIRMATIVE DEFENSE**

Defendant's Grand Banks' fails to comply with the provisions of Mass. G. L. c. 93A.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant's Grand Banks' injury, if any, was caused by its own misconduct.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant Grand Banks has not been tendered timely and adequate notice of defense and Grand

Banks' recovery is thereby barred.

## SIXTH AFFIRMATIVE DEFENSE

Defendant Grand Banks' recovery is barred by material misrepresentations made by Grand Banks.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant Grand Banks' recovery pursuant to its Counterclaims is barred by its own breaches of contract.

Respectfully submitted,
AMERICAN HOME ASSURANCE COMPANY
By their attorneys,

Andrew J. Fay, Esquire (BBO #550058)
TOBIN, SULLIVAN, FAY & GRUNEBUAM
60 William Street
Wellesley, MA 02481
(781)237-0877

Dated: December 19, 2005

**CERTIFICATE OF SERVICE**

I, Andrew J. Fay, certify that a true copy of the foregoing document was served via first class mail, postage prepaid, to counsel of record as follows:

Brooks R. Magratten, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Michael R. Hagopian, Esq.
212 Greenwhich Avenue
Warwick, RI 02886

Andrew J. Fay, Esq.

Dated: December 19, 2005