UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, Plaintiff | ) | C.A. No. 05-0359/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., R. BROOK STOUTENBURGH, PATRICIA STOUTENBURGH, Defendants | ) | |

**DEFENDANT GRAND BANKS YACHT, LTD.'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF**

Defendant Grand Banks Yachts, Ltd. moves pursuant to Fed. R. Civ. P. 37(a) for an order compelling plaintiff American Home Assurance Company to file answers to interrogatories and responses to document requests on or before March 9, 2006. Pursuant to Local Rule 7(a), in lieu of a separate memorandum of law, Grand Banks provides a brief statement of reasons why the motion to compel should be granted.

Grand Banks propounded its first set of interrogatories and document requests to plaintiff on December 13, 2005. Pursuant to the Rules of Civil Procedure, plaintiff's answers and responses were due on or before January 13, 2006. To date, plaintiff has provided no answers or responses. The undersigned counsel certifies that he has attempted to confer with counsel for plaintiff in an attempt to obtain the information without Court intervention.

Michael J. Daly
Brooks R. Magratten, Esq., #3585
Michael J. Daly, Esq. #6729
VETTER & WHITE
Attorneys for Defendant Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: February 16, 2006

## CERTIFICATE OF SERVICE

To:

Michael R. Hagopian, Esq.
212 Greenwich Avenue
Warwick, RI 02886

Andrew J. Fay, Esq.
Tobin, Sullivan, Fay & Grunebaum
60 Williams Street
Wellesley, MA 02481

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within motion to compel by mailing first class mail, postage prepaid, on the 16th day of February, 2006.

Lisa A. Lariviere