FILED
FEB 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, Plaintiff | ) | C.A. No. 05-0359/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., R. BROOK STOUTENBURGH, PATRICIA STOUTENBURGH, Defendants | ) | |

**DEFENDANT GRAND BANKS YACHT, LTD.'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF**

Defendant Grand Banks Yachts, Ltd. moves pursuant to Fed. R. Civ. P. 37(a) for an order compelling plaintiff American Home Assurance Company to file answers to interrogatories and responses to document requests on or before March 9, 2006. Pursuant to Local Rule 7(a), in lieu of a separate memorandum of law, Grand Banks provides a brief statement of reasons why the motion to compel should be granted.

Grand Banks propounded its first set of interrogatories and document requests to plaintiff on December 13, 2005. Pursuant to the Rules of Civil Procedure, plaintiff's answers and responses were due on or before January 13, 2006. To date, plaintiff has provided no answers or responses. The undersigned counsel certifies that he has attempted to confer with counsel for plaintiff in an attempt to obtain the information without Court intervention.

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

[signature]

**Deputy Clerk**
**Date:** 3/8/06