DPM:lmc 05-280 3/28/06

# UNITED STATES DISTRICT COURT

## for the

## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY | : | |
| | : | |
| VS. | : | C.A. No.: 05-359 S |
| | : | |
| GRAND BANKS YACHTS, LTD.,<br>R. BROOK STOUTENBURG and<br>PATRICIA STOUTENBURG | :<br>:<br>: | |

## MOTION WITH RESPECT TO MANDATORY SETTLEMENT CONFERENCE

Now come the defendants, Brook and Patricia Stoutenburg, and hereby move this Court for an Order allowing them to be present telephonically for the mandatory settlement conference currently scheduled with Judge Lovegreen on May 2, 2006.

As grounds for this motion, these defendants state that this is a coverage dispute between American Home Assurance Company as insurer for Grand Banks Yachts. The dispute centers around items relating to a yacht sold by Grand Banks to the Stoutenburgs which was the subject of separate litigation. The separate litigation has now been settled. The Stoutenburgs have no real interest in the outcome of the instant litigation and consequently their presence would not be required for a meaningful settlement conference.

Defendants,
R. Brook Stoutenburg and
Patricia Stoutenburg,
By their Attorneys,

***McKiernan Thompson & Millea***

Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)

## PROOF OF SERVICE

I hereby certify that on this 28th day of March 2006 I served a copy of the within ***Motion*** upon ***Michael R. Hagopian, Esquire***, 212 Greenwich Avenue, Warwick, RI 02886; ***Andrew J. Fay, Esquire,*** TOBIN, SULLIVAN, FAY & GRUNEBAUM, 60 Williams Street, Wellesley, MA 02481; and ***Brooks R. Magratten, Esquire,*** VETTER & WHITE, 20 Washington Place, Providence, RI 02903 by mailing a copy of same to them at their usual place of business as hereinabove set forth.

***McKiernan Thompson & Millea***