UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 05-359 S

AMERICAN HOME ASSURANCE COMPANY,
Plaintiff,

v.

GRAND BANKS YACHTS, LTD.,
R. BROOK STOUTENBURGH,
PATRICIA STOUTENBURGH
EAST COAST YACHT SALES, INC.
Defendants

RECEIVED
MAY 18 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## DISMISSAL STIPULATION

Plaintiffs and defendants agree that this action may be dismissed with prejudice and without any award of costs or fees.

Daniel P. McKiernan (AJF)

Daniel P. McKiernan, Esq., No. 4705
MCKIERNAN, THOMPSON & MILLEA
Attorney for Plaintiffs
243 North Main Street
Providence, Rhode Island 02903
(401) 223-1400
(401) 223-1401 FAX

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Stephen P. Vanderhoef, Esq.
Cairncross & Hempelmann
524 Second Avenue - Suite 500
Seattle, Washington 98104-2323
(206) 587-0700
(206) 587-2308 FAX

Richard W. MacAdams (AJF)

Richard W. MacAdams, Esq., No. 1681
MACADAMS & WIECK
Attorneys for Defendant East Coast Yacht Sales, Inc.
101 Dyer Street
Providence, Rhode Island 02903
(401) 454-8700
(401) 454-8755 FAX

ENTER: WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/18/06

Andrew J. Fay, Esq.
TOBIN, SULLIVAN, FAY & GRUNEBAUM
Attorneys for American Home Assurance Company
60 William Street
Wellesley, MA 02481

Dated: May 16, 2006

## CERTIFICATE OF SERVICE

I, Andrew J. Fay, certify that a true copy of the foregoing document was served via first class mail, postage prepaid, to counsel of record as follows:

Brooks R. Magratten, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Michael R. Hagopian, Esq.
212 Greenwhich Avenue
Warwick, RI 02886

Andrew J. Fay, Esq.

Dated: May 16, 2006